# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Senator Jay Costa, Pa. 43rd District, : <br> Senator Daylin Leach, Pa. 17th District, : <br> in their Official Capacities, and : <br> Senator Christine M. Tartaglione, : <br> Pa. 2nd District, in her Official Capacity : <br> and individually on behalf of : <br> qualified electors in the : <br> Commonwealth of Pennsylvania, : <br>                     Petitioners : <br> : <br>         v. : <br> : <br> Secretary Pedro A. Cortes, : <br> Senator Joseph B. Scarnati, : <br> Pa. 25th District, and : <br> Senator Jacob Corman III, : <br> Pa. 34th District, each in their : <br> Official Capacities, : <br>               Respondents : | No. 251 M.D. 2016 |

## ORDER

NOW, this 7th day of July, 2016, it is ordered that the above-captioned Memorandum Opinion, filed April 20, 2016, as amended by order dated April 28, 2016, shall be designated OPINION and shall be REPORTED. This opinion shall be reported pursuant to Commonwealth Court Internal Operating Procedures (IOP) Section 412(b), relating to single-judge opinions of this Court, and not pursuant to IOP Section 412(c), relating to single-judge opinions in election law matters. Thus, pursuant to IOP Section 414(b), the opinion may be cited "for its persuasive value and not as binding precedent."

_____

P. KEVIN BROBSON, Judge